**DERRIEL C. MCCORVEY** (admitted *pro hac vice*)
LABR# 26083 / TXBR# 24073351
**McCORVEY LAW, LLC**
102 Versailles Blvd. Ste 620
Lafayette, LA 70501
Telephone: 337-291-2431
Fax: 337-291-2433
derriel@mccorveylaw.com

*Attorneys for Plaintiff*
*ORGANIC PANACEAS, LLC*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | Master File No. 5:20-cv-03556-BLF <br><br> **ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** <br> Related Cases: <br> Organic Panaceas, LLC v. Google, LLC et al <br> Case 4:21-cv-02629-DMR |
|---|---|

**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO L.R. 3-12– Case No. 20-cv-03556-BLF**

## I. INTRODUCTION

Pursuant to the Northern District of California's Civil Local Rule 3-12, Plaintiff Organic Panaceas, LLC ("Organic Panaceas") submits this administrative motion to consider whether the action styled *Organic Panaceas, LLC v. Google, LLC et al.*, Case 4:21-cv-02629-DMR (N.D. Cal.) (the "Organic Panaceas Action") should be related to the present case, *In re Google Digital Advertising Antitrust Litigation*, No. 20-cv-03556-BLF, and the related actions pending before this Court, including, but not limited to, *Sweepstakes Today, LLC v. Google, LLC, et al.*, No. 20-cv-08984-BLF; *Genius Media Group, Inc., et al., v. Google, LLC, et al.*, No. 20-cv-09092-BLF; *Sterling International Consulting Group v. Google LLC*, No. 20-cv-09321-BLF; and *Astarita v. Google LLC, et al.*, No. 21-cv-00022-BLF (N.D. Cal. related on January 22, 2021). *See* also Order on Motions to Relate, ECF No. 69.

On May 27, 2020, Grand Atlas Tours, et al., filed an antitrust action against Google LLC and Alphabet Inc. (collectively "Defendants") alleging Defendants have engaged in anticompetitive conduct in digital advertising, resulting in alleged damages to class members who: (1) purchased and overpaid for digital advertising services from Defendants (advertisers); or (2) were underpaid for selling advertising space through Defendants (publishers). Additional class actions on behalf of both advertisers and publishers have since been filed.

On August 11, 2020, this Court ordered the *Grand Atlas* and *Devaney* actions to be consolidated into *In re Google Digital Advertising Antitrust Litigation*, creating Master File No. 5:20-cv-03556-BLF. On January 22, 2021, the *Sweepstakes Today*, *Genius*, *Sterling*, and *Astarita* actions were ordered to be related to *In re Google Digital Advertising Antitrust Litigation*, and were re-assigned to Judge Beth Labson Freeman.

The Organic Panaceas Action, like the Consolidated and Related Actions, concerns the same or substantially similar allegations to those in the underlying *In re Google Digital Advertising Antitrust Litigation*. Given that the requirements of Civil Local Rule 3-12 have been

met, Organic Panaceas now respectfully requests this Court issue the proposed order formally relating this action to *In re Google Digital Advertising Antitrust Litigation*. The undersigned counsel appeared and requested appointment to the Plaintiffs' Steering Committee on April 12, 2021.

## II. RELATIONSHIP OF THE ACTIONS

Under Local Rule 3-12(a), an action is related when: (1) "The actions concern substantially the same parties, property, transaction or event"; and (2) "It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." As set forth in Local Rule 3-12(a)(1), the Organic Panaceas Action involves substantially the same parties, property, transaction, or event, as each of the actions previously consolidated or related (the "Related Actions"), as well as concerns the same alleged antitrust violations, defendants and co-conspirators, witnesses, and evidence. The Organic Panaceas Action, like the Related Actions, asserts a claim for violations of Section 2 of the Sherman Act.

When counsel in the Organic Panaceas Action we communicated with counsel for Defendants in the Related Actions on April 28, 2021, counsel for Defendants agreed that the Organic Panaceas Action should be related. Counsel for Defendants noted the Organic Panaceas Action alleges monopolization of digital display services, as do the other cases before the Court. Counsel for Defendants also noted that discovery in the Organic Panaceas Action will be almost entirely the same as in the other cases, and the risk of inconsistent determinations on issues like relevant market is serious if the cases are not related.

As set forth in Local Rule 3-12(a)(2), it appears likely that there will be an unduly burdensome duplication of labor and expenses or the possibility of conflicting results if the cases are conducted before different judges. Therefore, it will be more efficient for all cases to proceed before the same judge so that these analyses and determinations are made by one Court.

**III. CONCLUSION**

For the reasons set forth above, Plaintiff Organic Panaceas respectfully requests the Court order the Organic Panaceas Action be deemed related to *In re Google Digital Advertising Antitrust Litigation*, No. 5:20-cv-03556-BLF, and the Organic Panaceas Action be assigned to the Honorable Beth Labson Freeman.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: April 28, 2021 | **McCORVEY LAW, LLC** |
|  | By:  /s/ *Derriel C. McCorvey* |
|  | **DERRIEL C. MCCORVEY** |
|  | *Attorneys for Plaintiff* |
|  |  |
|  | **PHILIP L. GREGORY** (SBN 95217) |
|  | **GREGORY LAW GROUP** |
|  | 1250 Godetia Drive |
|  | Woodside, CA 94062 |
|  | Telephone:    (650) 278-2957 |
|  | Fax:    By Request |
|  | pgregory@gregorylawgroup.com |
|  |  |
|  | **JOSEPH M. BRUNO** (pro hac vice pending) |
|  | **BRUNO & BRUNO, L.L.P.** |
|  | 855 Baronne Street |
|  | New Orleans, LA 70113 |
|  | Telephone: (504) 564-7366 |
|  | Fax: 504-581-1493 |
|  | jbruno@brunobrunolaw.com |